IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES WILLIAMS, )<br>    Plaintiff, )<br>         )<br>  v.        )<br>         )<br>THE PA DEPT. OF CORRECTIONS, )<br>et al.,         )<br>    Defendants. )| **C.A. No. 20-794 Pittsburgh**<br><br>**District Judge Susan Paradise Baxter**<br>**Magistrate Judge Richard A. Lanzillo** |

### MEMORANDUM ORDER

  Plaintiff Charles Williams, an inmate formerly incarcerated at the State Correctional Institution at Fayette in LaBelle, Pennsylvania ("SCI-Fayette"), commenced this *pro se* civil rights action on June 1, 2020, against the Pennsylvania Department of Corrections ("DOC"), John Wetzel, Secretary of the DOC, and numerous DOC employees staffed at SCI-Fayette. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

  On December 27, 2021, Plaintiff filed a motion for emergency transfer out of SCI-Fayette [ECF No. 65]. Plaintiff was subsequently transferred from SCI-Fayette to the State Correctional Institution at Coal Township, Pennsylvania (*see* ECF No. 69). As a result, Judge Lanzillo issued a Report and Recommendation ("R&R") on March 21, 2022, recommending that Plaintiff's motion for emergency transfer be denied as moot [ECF No. 78]. Objections to the R&R were filed by Plaintiff on April 7, 2022 [ECF No. 82]; however, such objections fail to raise any grounds for rejecting the Magistrate Judge's recommendation.

After *de novo* review of Plaintiff's motion, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 29th day of April, 2022;

IT IS HEREBY ORDERED that Plaintiff's motion for emergency transfer out of SCI-Fayette [ECF No. 65] is DENIED as moot. The report and recommendation of Magistrate Judge Lanzillo, issued March 21, 2022 [ECF No. 78], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc:   The Honorable Richard A. Lanzillo
      United States Magistrate Judge